# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| CHAD JEREMY ADAMS, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. CIV-17-167-D |
|  | ) |  |
| HECTOR RIOS JR., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Plaintiff, a state prisoner appearing pro se, filed this action asserting the violation of his federal constitutional rights. The matter was referred to United States Magistrate Judge Charles Goodwin for initial proceedings in accordance with 28 U.S.C. §636(b) and Rule 72(b), Federal Rules of Civil Procedure. On September 5, 2017, Judge Goodwin issued his Report and Recommendation ("R&R" or "Report") [Doc. No. 17] in which he recommended that Plaintiff's action be dismissed without prejudice for failure to prosecute and pay the balance due on his filing fee. *Id*. at 2-3.

Judge Goodwin advised Plaintiff of his right to object and directed that any objection be filed on or before September 26, 2017. Judge Goodwin also advised Plaintiff that the failure to object would result in a waiver of the right to appellate review of the factual and legal issues contained in the Report. The prescribed deadline has passed, and to date, Plaintiff has neither filed an objection nor sought

an extension of time to do so. Accordingly, the Magistrate Judge's Report and Recommendation is **ADOPTED** as though fully set forth herein. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 10th day of October 2017.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE